**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | |
|---|---|
| GLOBE TURBOCHARGER SPECIALTIES, INC., a Nevada corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>AGL MANUFACTURING, LTD., a Canadian business entity; and DOES 1 through 5,<br><br>     Defendants.<br>_____<br>AGL MANUFACTURING, LTD., a Canadian business entity,<br><br>     Counterclaimant<br><br>vs.<br><br>GLOBE TURBOCHARGER SPECIALTIES, INC., a Nevada corporation,<br><br>     Counterdefendant.<br>_____ | 3:08-CV-00051-ECR-RAM<br><br>**ORDER AND**<br>**PRELIMINARY INJUNCTION** |

The Court finds as follows:

(1) That Globe Turbocharger Specialties, Inc. (hereinafter "Globe") will probably prevail on its claims of breach of contract and misappropriation of trade secrets by AGL Manufacturing, Ltd. (hereinafter "AGL").

(2) That Globe will suffer irreparable injury if injunctive relief is not granted because the dissemination of its proprietary information contained in its designs, drawings, and blueprints will damage the value of the proprietary information.

(3) In balancing the equities, AGL will not be harmed more than Globe is helped by the injunction because Globe faces potential disclosure of its trade secrets and undermining of its business by AGL using Globe proprietary designs.  On the other hand, AGL does not appear to be significantly harmed.

(4) Granting the injunction is in the public interest because of the public interest in enforcing contracts and trade secret laws.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that AGL and its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with it, or them, or any of them, and each of them, who receive actual notice of this order by personal service, or otherwise are hereby preliminarily enjoined and restrained pending the further proceedings in this case, as follows:

(1) AGL is restrained from manufacturing turbocharger parts from tooling created pursuant to the Globe purchase orders listed in Exhibit A attached to this order and incorporated herein by reference.

(2) AGL shall, within a reasonable period of time, return to Globe all tooling created pursuant to the Globe purchase orders listed in Exhibit A.  Globe shall pay the reasonable cost of shipping the tooling from its present location to such location as directed in writing by Globe.  Globe shall retain and preserve the subject tooling during the pendency of this action, so that it may be returned to AGL if it is adjudged that AGL is entitled to it.

(3) AGL is restrained from using Globe's designs, drawings, and blueprints in any manner.

2

(4) AGL shall return all Globe designs, drawings, and blueprints to such location as directed by Globe in writing. Globe shall pay the reasonable cost for shipping these items to the location directed by Globe.

**IT IS FURTHER ORDERED** this Preliminary Injunction shall be effective upon Globe posting with the Clerk of the Court security in the amount of $55,000.00 in a form to be approved by the Court for payment of such costs and damages as may be incurred or suffered by AGL, if hereafter found to have been wrongfully enjoined or restrained.

Dated: This __24th__ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

3

EXHIBIT A

# GLOBE TURBOCHARGER v. AGL, INC.

| DATE | P.O. | DESCRIPTION |
| --- | --- | --- |
| 8/18/00 | 12626-00 | Support Turbine Bearing #1867372 |
| 9/25/00 | 12669-00 | Cam Plate #1867339 |
| 9/26/00 | 12678-00 | Carrier Seal Ring #1867678 |
| 10/02/00 | 12692-00 | Labrynth Seal #1867675 |
| 10/04/00 | 12704-00 | Bearing Carrier #2672430-1; Tooling ID: 826-5804 |
| 10/09/00 | 12710-00 | Bearing Carrier, Model 350, #26718701 |
| 10/16/00 | 12719-00 | Cover Impeller, #1867292 |
| 04/16/01 | 13085-00 | Casting Blade #1126-5701; Tooling ID: 1126-5701 |
| 04/16/01 | 13086-00 | Blade Casting: 1126-5702, Model 165; Tooling ID: 1126-5702 |
| 04/16/01 | 13087-00 | Clutch Support # 1867703 |
| 05/14/01 | 14040-00 | Shroud ring #18672915FL |
| 05/14/01 | 14041-00 | Bearing Carrier # 2679476-1 |
| 07/03/01 | 14167-00 | Bearing Retainer #26C79784-1 |
| 07/06/01 | 14172-00 | Napier Blade Casting #3044050RM |
| 07/10/01 | 14175-00 | Heat Dam Washer #1867322 |
| 08/09/01 | 14237-00 | Blade Casting 1616 #8316301RM |
| 08/27/01 | 14269-00 | Carrier Drive Gear #1868203 |
| 09/04/01 | 14282-00 | Turbine Blade Casting 1745 #8300391RM |
| 09/10/01 | 14297-00 | Carrier House T.E. Bearing #2679531-1 |
| 10/19/01 | 14385-00 | Carrier T.E. Bearing Mdl.165, #2679530-1 |
| 12/10/01 | 14481-00 | Washer #2679984-1 |
| 12/17/01 | 14502-00 | Impeller Spacer #1867570 |
| 12/31/01 | 14527-00 | Bearing Carrier Support # 867320 |
| 01/31/02 | 14574-00 | Clutch Dwelling Assembly #1867944 |
| 01/31/02 | 14578-00 | Turbine End Insert #2679537-1 |
| 02/08/02 | 14590-00 | Dish to Shaft Nut 165 #2679536-1 |
| 03/01/02 | 14624-00 | Turbine Blade Casting 6E PE #8300434 |
| 04/01/02 | 14670-00 | Air Inlet Casting Model 126X1869 #8316332 |
| 04/01/02 | 14671-00 | Bearing Housing Compressor End #2678272-1 |
| 04/15/02 | 14699-00 | Eductor Tube (Outer) #1867555 |
| 04/19/02 | 14709-00 | Clutch Dowel Assembly Roller #1867543 |
| 04/29/02 | 14732 | Special Nut Cat #22611412-2; #2678214-1 |
| 04/29/02 | 14735-00 | Semi-Finished Shroud Ring 645; #18676765F |
| 05/07/02 | 14754-00 | Heat Dam Washer 710; #7100083 |
| 05/07/02 | 14756-00 | Compressor Seal 710; #7100122 |
| 05/07/02 | 14757-00 | Lock Plate, #1867333 |
| 05/10/02 | 14765-00 | VARIOUS [PUT IN SPREADSHEET] |
| 05/10/02 | 14766-00 | Nose Cap Rotor, #83002989 |
| 05/20/02 | 14785 | VARIOUS |
| 05/23/02 | 14796-00 | Seal Ring Carrier 710, #7100217 |
| 05/23/02 | 14798-00 | Turbine Bearing Supp9ort, #7100285 |
| 05/29/02 | 14813-00 | Idler Gear Support, #1867344 |
| 07/01/02 | 14862-00 | Insert & Rotor Shaft Nut, #26721614 |

| DATE | P.O. | DESCRIPTION |
|---|---|---|
| 08/02/02 | 14915-00 | Main Casing Assembly for 1817, 1869 & 1883 |
| 08/08/02 | 14920-00 | Turbine Blade Size B, #7100114 |
| 08/28/02 | 14970-00 | Blade K6 GE 70 slots #8316146 |
| 09/05/02 | 14979-00 | Stub Shaft, Idler Gear # 7100343 |
| 09/05/02 | 14980-00 | Retainer PLT Idles SFT710 #7100353 |
| 11/04/02 | 15083-00 | Gas Inlet Casing, MDL 165, #26T79710-1 |
| 11/08/02 | 15099-00 | Shroud Retainer Ring #7100221 |
| 11/14/02 | 15115-00 | Oil Slinger Sleeve, MDL 165, #2679783-1 |
| 11/14/02 | 15116-00 | Idle Gear Support 710 #7100344 |
| 11/15/02 | 15117-00 | Gas Inlet Casing, MDL 165, #26T78017-1 |
| 11/19/02 | 15121-00 | Thrust Collar #2679782-1 |
| 01/06/03 | 151219-00 | Semi-Finish Turbine Inlet #8316135SF |
| 04/16/03 | 15424-00 | Impeller Assembly Cover #1867390 |
| 04/16/03 | 15428-00 | Scroll Compressor, MDL 567 #1867392 |
| 04/16/03 | 15430-00 | Oil Deflector #7100280 |
| 04/17/03 | 15432-00 | Clevis #7100255 |
| 06/16/03 | 15556-00 | Casting Blade FE #1867609RM |
| 06/30/03 | 15585-00 | Support Assembly #7100265 |
| 07/08/03 | 15609-00 | Clutch Support #7100387 |
| 02/13/04 | 16012-00 | Space Thrust Collar 710 #7108081 |
| 11/09/05 | 17622-00 | Oil Slinger Rotor, Model 320 #2672151-1 |
| 04/27/06 | 17985-00 | Patterns for #8316223 |